**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CAROLINE SKINNER et al.,

       Plaintiffs,

                                   CONSOLIDATED

v.                               CASE NO. 4:15cv197-RH/CAS

RENEGADE BARBER SHOP, INC.

       Defendant.

_____/

## ORDER OF DISMISSAL

The plaintiffs' status report indicates that they have received all appropriate proceeds through the bankruptcy court and that their remaining claims in this court can now be dismissed with prejudice. ECF No. 53. Judgment was entered previously dismissing all claims against the defendant Tina McDaniels Peacock under Federal Rule of Civil Procedure 54(b). For these reasons,

IT IS ORDERED:

1. The clerk must enter judgment stating, "All claims of the plaintiffs Caroline Skinner, Dwayne Pressley, and Melissa Athanasiadis against the defendant Renegade Barber Shop, Inc. are dismissed with prejudice."

2. The clerk must close the file.

SO ORDERED on September 12, 2017.

s/Robert L. Hinkle
United States District Judge